UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES A. MORSE, JR., MARITALTRUST,

    Plaintiff,

v.

EVP HOLDINGS, LLC et al,

    Defendants.
_____/

Case No. 1:25-cv-364

HON. ROBERT J. JONKER

## ORDER TO SHOW CAUSE

The court records reveal that Plaintiff served a summons and complaint on Defendants EVP Holdings, LLC, and Matthew Lavender, on April 14, 2025, and Defendants have failed to file a response within the time allowed in the court rules. The court records further indicate that Plaintiff has failed to move for default against Defendants. Therefore,

**IT IS ORDERED** that within thirty (30) days of the date of this order, Plaintiff shall either request that a default enter against Defendants EVP Holdings, LLC, and Matthew Lavender, or show cause in writing why the Court should not dismiss the case against Defendants for lack of prosecution under W.D. Mich. LCivR 41.1.

Dated:  May 20, 2025

    /s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE