IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES A. MORSE JR. MARITAL TRUST,

    Plaintiff,

v

EVP HOLDINGS, LLC, a Michigan limited liability company, EGC ENTERPRISES, LLC, a Michigan limited liability company, MATTHEW LAVENDER, and CRAIG FLOCKEN, jointly and severally,

    Defendants.

CASE NO. 1:25-cv-00364

HON. ROBERT J. JONKER

---

Christopher S. Berry (P68580)
Kevin B. Even (P38599(
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Plaintiff
100 Monroe Center, N.W.
Grand Rapids, MI 49503
Direct: 616-458-3444
cberry@shrr.com
keven@shrr.com

Donald l. Sappanos (P43542)
DONALD L. SAPPANOS, P.C.
Attorneys for Defendants
1595 W. Centre, Suite 100
Portage, MI 49024
269-375-7713
sappanoslaw@sbcglobal.net

---

## STIPULATED ORDER TO EXTEND DEADLINE AN ADDITIONAL 21 DAYS FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS 21 DAYS

The undersigned counsel have stipulated to the entry of this order to extend the deadline for Defendants to file responsive pleadings for an additional 21 days, July 10, 2025.

**IT IS SO ORDERED.**

Dated: ___June 23___, 2025

/s/ Robert J. Jonker
ROBERT J. JONKER

**APPROVED AS TO FORM AND CONTENT:**

*/s/ Christopher S. Berry (P68580)*
Christopher S. Berry (P68580)
Kevin B. Even (P38599)
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Plaintiff
100 Monroe Center, N.W.
Grand Rapids, MI 49503


Donald l. Sappanos (P43542)
DONALD L. SAPPANOS, P.C.
Attorneys for Defendants
1595 W. Centre, Suite 100
Portage, MI 49024

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation