UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

**JAMES A. MORSE JR. MARITAL TRUST,**    FILE NO. 1:25-cv-00364

           Plaintiffs,    HON. ROBERT J. JONKER

v

**EVP HOLDINGS, LLC, a Michigan limited
Liability company, ECG ENTERPRISES, LLC,
a Michigan limited liability company, MATTHEW
LAVENDER, and CRAIG FLOCKEN, jointly
and severally**
           Defendant.
_____

| | |
|---|---|
| Christopher S. Berry (P68580) | Donald L. Sappanos (P43542) |
| Kevin B. Even (P38599) | DONALD L. SAPPANOS, P.C. |
| SMITH HAUGHEY RICE & ROEGGE | Attorney for Defendants |
| Attorneys for Plaintiff | 1595 W. Centre, Suite 100 |
| 100 Monroe Center St. NW | Portage, MI 49024 |
| Grand Rapids, MI 49503 | (269) 375-7713 |
| (616) 774-8000 | |

_____

### STIPULATED ORDER TO EXTEND DEADLINE AN ADDITIONAL 21 DAYS FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS 21 DAYS

   The undersigned counsel have stipulated to the entry of this order to extend the deadline for

Defendants to file responsive pleadings for an additional 21 days, July 31, 2025.

   **IT IS SO ORDERED.**

Dated:  July ____, 2025    _____
                                          HON. ROBERT J. JONKER

**APPROVED AS TO FORM AND CONTENT:**


*/s/ Christopher S. Berry (P68580)*
Christopher S. Berry (P68580)
Kevin B. Even (P38599)
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Plaintiff
100 Monroe Center, N.W.
Grand Rapids, MI 49503


*/s/ Donald L. Sappanos (P43542)*
Donald L. Sappanos (P43542)
DONALD L. SAPPANOS, P.C.
Attorney for Defendants
1595 W. Centre, Suite 100
Portage, MI 49024