**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

_____

**JAMES A. MORSE JR. MARITAL TRUST,**     FILE NO. 1:25-cv-00364

       Plaintiffs,          HON. ROBERT J. JONKER

v

**EVP HOLDINGS, LLC, a Michigan limited**
**Liability company, ECG ENTERPRISES, LLC,**
**a Michigan limited liability company, MATTHEW**
**LAVENDER, and CRAIG FLOCKEN, jointly**
**and severally**
       Defendant.

_____

| | |
|---|---|
| Christopher S. Berry (P68580) | Donald L. Sappanos (P43542) |
| Kevin B. Even (P38599) | DONALD L. SAPPANOS, P.C. |
| SMITH HAUGHEY RICE & ROEGGE | Attorney for Defendants |
| Attorneys for Plaintiff | 1595 W. Centre, Suite 100 |
| 100 Monroe Center St. NW | Portage, MI 49024 |
| Grand Rapids, MI 49503 | (269) 375-7713 |
| (616) 774-8000 | |

_____

**STIPULATED ORDER TO EXTEND DEADLINE AN ADDITIONAL 21 DAYS FOR**
**DEFENDANTS TO FILE RESPONSIVE PLEADINGS 21 DAYS**

    The undersigned counsel have stipulated to the entry of this order to extend the deadline for

Defendants to file responsive pleadings for an additional 21 days, July 31, 2025.

    **IT IS SO ORDERED.**

Dated: July __11__ , 2025             /s/ Robert J. Jonker_____
                                        HON. ROBERT J. JONKER
                                        UNITED STATES DISTRICT COURT

**APPROVED AS TO FORM AND CONTENT:**


*/s/ Christopher S. Berry (P68580)*
Christopher S. Berry (P68580)
Kevin B. Even (P38599)
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Plaintiff
100 Monroe Center, N.W.
Grand Rapids, MI 49503


*/s/ Donald L. Sappanos (P43542)*
Donald L. Sappanos (P43542)
DONALD L. SAPPANOS, P.C.
Attorney for Defendants
1595 W. Centre, Suite 100
Portage, MI 49024