IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES A. MORSE JR. MARITAL TRUST,

    Plaintiff,

CASE NO. 1:25-cv-00364

v

HON. ROBERT J. JONKER

EVP HOLDINGS, LLC, a Michigan limited liability company, EGC ENTERPRISES, LLC, a Michigan limited liability company, MATTHEW LAVENDER, and CRAIG FLOCKEN, jointly and severally,

    Defendants.

---

Christopher S. Berry (P68580)
Kevin B. Even (P38599(
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Plaintiff
100 Monroe Center, N.W.
Grand Rapids, MI 49503
Direct: 616-458-3444
cberry@shrr.com
keven@shrr.com

Donald l. Sappanos (P43542)
DONALD L. SAPPANOS, P.C.
Attorneys for Defendants
1595 W. Centre, Suite 100
Portage, MI 49024
269-375-7713
sappanoslaw@sbcglobal.net

---

## STIPULATED ORDER TO EXTEND DEADLINE AN ADDITIONAL 14 DAYS FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS

The undersigned counsel have stipulated to the entry of this order to extend the deadline for Defendants to file responsive pleadings for an additional 14 days, to August 14, 2025, to allow additional time to memorialize an agreement in principle.

**IT IS SO ORDERED.**

Dated: _____August 4 , 2025_____

       /s/ Robert J. Jonker_____
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE

SMITH HAUGHEY RICE & ROEGGE, A Professional Corporation

APPROVED AS TO FORM AND CONTENT:

/s/ *Christopher S. Berry (P68580)*
Christopher S. Berry (P68580)
Kevin B. Even (P38599)
SMITH HAUGHEY RICE & ROEGGE
Attorneys for Plaintiff
100 Monroe Center, N.W.
Grand Rapids, MI 49503


Donald I. Sappanos (P43542)
DONALD L. SAPPANOS, P.C.
Attorneys for Defendants
1595 W. Centre, Suite 100
Portage, MI 49024