UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JAMES A. MORSE, JR. MARITAL TRUST,

     Plaintiff,

                                CASE No. 1:25-cv-364

v.

                                HON. ROBERT J. JONKER

EVP HOLDINGS, LLC,

     Defendant.

_____/


## <u>ORDER TRANSFERRING CASE TO MAGISTRATE JUDGE UPON CONSENT</u>

Review of the Joint Status Report filed with this Court on November 10, 2025 (ECF No. 28) reveals the parties in this case have voluntarily consented to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of final judgment.

**IT IS ORDERED** that this case be referred to Magistrate Judge Sally J. Berens, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing agreement of counsel. Any appeal shall be taken to the United States Court of Appeals for this circuit, in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(c).


Dated:  <u>November 13, 2025</u>         <u>/s/ Robert J. Jonker</u>
                                       ROBERT J. JONKER
                                       UNITED STATES DISTRICT JUDGE