UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES A. MORSE JR. MARITAL TRUST,

    Plaintiff,

v.

EVP HOLDINGS, LLC, et al.,

    Defendants.
_____/

Case No. 1:25−cv−00364−SJB

Hon.

## **NOTICE OF HEARING CANCELLATION**

    The Rule 16 scheduling conference set in this matter for **November 17, 2025** is hereby **CANCELLED.**   A Case Management Order will issue.

                                 U.S. Magistrate Judge

Dated:   November 13, 2025    By:   _/s/ Julie Lenon_____
                                                Judicial Assistant