UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES A. MORSE JR. MARITAL TRUST,

      Plaintiff,

  v.

EVP HOLDINGS, LLC, et al.,

      Defendants.
_____/

Case No. 1:25–cv–00364–SJB

Magistrate Judge Sally J. Berens

## **NOTICE REGARDING REASSIGNMENT OF CASE**

      NOTICE is hereby given that this case has been reassigned to Magistrate Judge Sally J. Berens for all further proceedings pursuant to Consent to Proceed before Magistrate Judge ([29]).

                        CLERK OF COURT

Dated: November 13, 2025    By:  /s/ M. Carlson
                                        Deputy Clerk