UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES A. MORSE JR. MARITAL TRUST,

        Plaintiff,

v.

EVP HOLDINGS, LLC et al.,

        Defendants.
_____/

Case No. 1:25-cv-00364

Hon. Sally J. Berens

## **CASE MANAGEMENT ORDER**

**IT IS ORDERED:**

| | |
|---|---|
| Motions or Stipulations to Join Parties or Amend Pleadings | DECEMBER 15, 2025 |
| Rule 26(a)(1) Disclosures (including lay witnesses)<br>    Plaintiff:<br>    Defendant: | <br>DECEMBER 15, 2025<br>DECEMBER 15, 2025 |
| Disclose Name, Address, Area of Expertise and a short summary of expected testimony of Expert Witnesses (Rule 26(a)(2)(A))    Plaintiff:<br>    Defendant: | JANUARY 20, 2026<br>FEBRUARY 23, 2026 |
| Disclosure of Expert Reports (Rule 26(a)(2)(B))    Plaintiff:<br>    Defendant: | FEBRUARY 23, 2026<br>MARCH 23, 2026 |
| Completion of Fact Discovery | FEBRUARY 27, 2026 |
| Completion of Expert Discovery | APRIL 30, 2026 |
| Dispositive Motions | JUNE 12, 2026 |
| Interrogatories will be limited to: | 25 single part questions |
| Depositions will be limited to:<br>(Fact Witnesses Per Party) | 10 per party |
| Requests for Admission will be limited to: | 10 per side |
| Requests for Production will be limited to: | 25 per side |
| ADR To Take Place On Or Before: | FEBRUARY 27, 2026 |

1. <u>JOINDER OF PARTIES AND AMENDMENTS OF PLEADINGS</u>: All motions or stipulations for joinder of parties and all stipulations to amend the pleadings must be filed by the date set forth in the table above to ensure amendment as a matter of consent under Rule 15(a)(2). Proposed amendments after the noted date are by leave of court.

2. <u>DISCLOSURES AND EXCHANGES</u>: Deadlines for exchange of Rule 26(a)(1) disclosures, names of lay witnesses, identification of experts, and disclosure of expert reports under Rule 26(a)(2), if applicable, are ordered as set forth in the table above.

3. <u>DISCOVERY</u>: All discovery proceedings shall be completed no later than the date set forth in the table above, and shall not continue beyond this date. All interrogatories, requests for admissions, and other written discovery requests must be served no later than thirty days before the close of discovery. All depositions must be completed before the close of discovery. Interrogatories will be limited as set forth in the table above. Depositions will be limited as set forth in the table above. There shall be no deviations from this order without prior approval of the court upon good cause shown. Time limitations for depositions set forth in Rule 30(d)(1) apply to this case.

4. <u>MOTIONS</u>:

    a. Non-dispositive motions shall be filed in accordance with W.D. Mich. LCivR. 7.3. In accordance with 28 U.S.C. § 471, et seq., it is the policy of this Court to prohibit the consideration of discovery motions unless accompanied by a certification that the moving party has made a reasonable and good faith effort to reach agreement with opposing counsel on the matters set forth in the motion.

    b. Dispositive motions shall be filed in accordance with W.D. Mich. LCivR 7.2 by the date set forth in the table above.  If dispositive motions are based on supporting documents such as depositions or answers to interrogatories, only those excerpts which are relevant to the motion shall be filed.

5. <u>ALTERNATIVE DISPUTE RESOLUTION</u>: In the interest of facilitating prompt resolution of this case, this matter is submitted to facilitative mediation. The parties have fourteen (14) days from the date of this Order to jointly choose one mediator from the list of court certified mediators. [1]  Plaintiff is responsible for e-filing notification of the name of the selected mediator.  If the parties fail to select a mediator by this deadline, the ADR Administrator [2] will select one for them.  Once the mediator is selected, a Notice will issue regarding the method and schedule for the mediation conference.

Dated: <u>November 13, 2025</u>         /s/ Sally J. Berens
                                        SALLY J. BERENS
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] www.miwd.uscourts.gov
[2] ADR Administrator, U.S. District Court, 399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503; 616/456-2381; adr@miwd.uscourts.gov