UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JAMES A. MORSE JR. MARITAL TRUST,

      Plaintiff,

v.                                                                        Hon. Sally J. Berens

EVP HOLDINGS, LLC, et al.,                                Case No. 1:25-cv-00364

      Defendants.

**ORDER**

      Pursuant to the Joint Status Report (ECF No. 28), this matter was referred to facilitative mediation to be held no later than February 27, 2026. *See* Case Management Order, ECF No. 32. Facilitative Mediator Jeffrey Muth was appointed on December 3, 2025. (ECF No. 33.) The ADR Administrator has advised the Court that, although contact was made with the parties in late January, no mediation date was set because the parties anticipated settlement prior to February 27, 2026. The parties shall file a joint status report within seven days indicating the status of the case and, if it has not been resolved, the date when the mediation will occur.

      IT IS SO ORDERED.

Dated: March 2, 2026                                      /s/ Sally J. Berens
                                          SALLY J. BERENS
                                          U.S. Magistrate Judge