UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES A. MORSE JR. MARITAL TRUST,

       Plaintiff,                              Case No. 1:25–cv–00364–SJB

v.                                          Hon. Sally J. Berens

EVP HOLDINGS, LLC, et al.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:              March 19, 2026   01:30 PM
Magistrate Judge:   Sally J. Berens
Place/Location:       by video

                                                    SALLY J. BERENS
                                                    U.S. Magistrate Judge

Dated:  March 11, 2026       By:    /s/ Julie Lenon_____
                                                      Judicial Assistant