UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES A. MORSE JR. MARITAL TRUST,

    Plaintiff,

v.

EVP HOLDINGS, LLC, a Michigan limited liability company, EGC ENTERPRISES, LLC, Michigan limited liability company, MATTH[EW] LAVENDER, and CRAIG FLOCKEN, jointly [and] severally,

    Defendants.

CASE NO. 1:25-cv-00364

HON. ROBERT J. JONKER

## JOINT STATUS REPORT[1]

The parties have engaged in extensive settlement negotiations through counsel, which culminated in the exchange of a proposed consent judgment. There appears to have been a breakdown in negotiation, such that mediation may be beneficial. The parties are respectfully requesting a sixty (60) day extension of the scheduling order dates with the goal of completing mediation within thirty (30) days.

DATED: March 10, 2026

/s/ Christopher S. Berry
Christopher S. Berry (P68580)
Kevin B. Even (P38599)
SMITH HAUGHEY RICE & ROEGGE
*Attorneys for Plaintiff*

DATED: March 10, 202[6]

/s/ Donald L. Sappanos (with permission)
Donald L. Sappanos (P43542)
DONALD L. SAPPANOS, P.C.
*Attorneys for Defendants*

---

[1] While this Court directed the parties to submit a Joint Status report by March 9, 2026, Plaintiff's counsel is currently involved in a jury trial in Berrien County that precluded timely compliance and substantive conference with defense counsel.