UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES A. MORSE JR. MARITAL TRUST,

    Plaintiff,

Case No. 1:25–cv–00364–SJB

v.

Hon. Sally J. Berens

EVP HOLDINGS, LLC, et al.,

    Defendants.

_____/

## **NOTICE OF HEARING CANCELLATION**

    The Status Conference set in this matter for **March 19, 2026** is hereby **CANCELLED.**

                       U.S. Magistrate Judge

Dated: March 12, 2026    By:  /s/ Jenny Norton
                                      Courtroom Deputy