UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JAMES A. MORSE JR. MARITAL TRUST,

    Plaintiff,

v.                                  Hon. Sally J. Berens

EVP HOLDINGS, LLC, et al.,            Case No. 1:25-cv-00364

    Defendants.

**ORDER**

This matter was filed on April 1, 2025, pursuant to 15 U.S.C. § 78m(a). On November 13, 2025, the parties consented to the jurisdiction of the undersigned. In the Joint Status Report, the parties advised "the prospects of settlement to be high and are hopeful that an amicable resolution will be reached prior to December 31, 2025." (ECF No. 28, PageID.122.) Thereafter, the Case Management Order issued setting facilitative mediation to take place no later than February 27, 2026. (ECF No. 32.) The Court was advised on February 27, 2026, that mediation did not occur. The parties were ordered to file a joint status report by March 9, 2026. (ECF No. 34.) The parties failed to file the report timely. A status conference was scheduled due to the failure of the parties to comply with the Court's orders. (ECF No. 35.) The Joint Status Report, filed in response to the Notice of Hearing, was filed on March 12, 2026. (ECF No. 37.) Upon review of the relevant documents,

IT IS HEREBY ORDERED that facilitative mediation shall take place no later than April 30, 2026. Within seven days of mediation, the parties shall file a joint status report indicating the status of settlement and, if necessary, providing proposed case deadlines. All current deadlines are stayed pending that joint status report. Further requests for enlargement of the case schedule to accommodate mediation will not be favored.

IT IS SO ORDERED.

Dated: March 12, 2026                                                 /s/ Sally J. Berens
                                                                                      SALLY J. BERENS
                                                                                      U.S. Magistrate Judge