# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

———————————————

JAMES A. MORSE JR. MARITAL TRUST,

      Plaintiff,

v.

EVP HOLDINGS, LLC, EGC
ENTERPRISES, LLC, CRAIG FLOCKEN,
and MATTHEW LAVENDER,

      Defendants.

Case No.  1:25-cv-00364

Hon.  Sally J. Berens

## REPORT FOLLOWING
## VOLUNTARY FACILITATIVE MEDIATION SESSION

**Date of Session:** April 29, 2026

**Attendees:**

| Counsel: | On Behalf Of: |
| --- | --- |
| Christopher S. Berry | Plaintiff |
| Donald Sappanos | Defendants |

**Result:**  ☐ Case settled in full.

☐ Mediation continuing – Date of Next Session

☒ Not settled. Parties are continuing settlement discussions and will schedule a second mediation session, if necessary, before the close of discovery.

Dated: April 29, 2026

By: */s/ Jeffrey G. Muth*
    Jeffrey G. Muth (P65041)
    Mediator