UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JAMES A. MORSE JR. MARITAL TRUST,

     Plaintiff,

v.                                    Hon. Sally J. Berens

EVP HOLDINGS, LLC, et al.,                Case No. 1:25-cv-00364

     Defendants.

## ORDER TO SHOW CAUSE

This matter was filed on April 1, 2025, pursuant to 15 U.S.C. § 78m(a) Securities Exchange Act. For the reasons articulated in this Court's order dated March 12, 2026, facilitative mediation was extended to occur no later than April 30, 2026. (ECF No. 39.) The order directed that, "[w]ithin seven days of mediation,  the parties shall file a joint status report indicating the status of settlement and, if necessary, providing proposed case deadlines." (*Id.*) Although mediation was held April 29, 2026, the parties have failed to file a joint status report as ordered. (ECF No. 40.) As such,

Plaintiff shall show cause in writing by May 18, 2026, why this matter should not be dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this court.  Failure to show good cause may result in dismissal of the case.

IT IS SO ORDERED.

Dated: May 11, 2026                      /s/ Sally J. Berens
                                        SALLY J. BERENS
                                        U.S. Magistrate Judge