UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JAMES A. MORSE JR. MARITAL TRUST,

    Plaintiff,

v.

EVP HOLDINGS, LLC, a Michigan limited
liability company, EGC ENTERPRISES, LLC
Michigan limited liability company, MATTHE
LAVENDER, and CRAIG FLOCKEN, jointly
severally,

    Defendants.

CASE NO. 1:25-cv-00364

HON. ROBERT J. JONKER

_____

## JOINT STATUS REPORT

The parties presented for a mediation session on April 29, 2026.  While a settlement was not reached, the session was productive and concluded with an agreement as to a potential settlement structure which necessitated that Defendants gather additional documentation from a third-party. Defendants continue to acquire that necessary documentation.  The belated submission of this joint status report is the result of the parties' focus on efforts discussed at mediation, and not a lack of diligence.  The parties respectfully request that the Court extend discovery for a period of 60 days, followed by any additional deadlines or conferences that the Court deems reasonable and appropriate.

DATED: May 15, 2026

DATED: May 15, 2026

*/s/ Christopher S. Berry*
Christopher S. Berry (P68580)
Kevin B. Even (P38599)
SMITH HAUGHEY RICE & ROEGGE
*Attorneys for Plaintiff*

*/s/ Donald L. Sappanos (with permission)*
Donald L. Sappanos (P43542)
DONALD L. SAPPANOS, P.C.
*Attorneys for Defendants*

SHRR\8090538.v1