UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

JAMES A. MORSE JR. MARITAL TRUST,

     Plaintiff,

v.                                                Hon. Sally J. Berens

EVP HOLDINGS, LLC, et al.,                    Case No. 1:25-cv-00364

     Defendants.

**ORDER**

The Court has before it the Joint Status Report of the parties filed pursuant to an Order to Show Cause.  (ECF No. 42.) The parties advise they are focusing their efforts on discussions from the April 29, 2026 mediation.

IT IS HEREBY ORDERED that the Order to Show Cause (ECF No. 41) is dismissed. The parties shall file a joint status report by June 16, 2026. A status conference is set for June 24, 2026, at 1:00 PM at 650 Federal Building, 110 Michigan Street, NW, Grand Rapids, Michigan.

Dated: May 19, 2026                          /s/ Sally J. Berens
                                         SALLY J. BERENS
                                         U.S. Magistrate Judge