UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JAMES A. MORSE JR. MARITAL TRUST,

    Plaintiff,

v.

EVP HOLDINGS, LLC, a Michigan limited
liability company, EGC ENTERPRISES, LLC,
Michigan limited liability company, MATTHE
LAVENDER, and CRAIG FLOCKEN, jointly
severally,

    Defendants.

CASE NO. 1:25-cv-00364

HON. ROBERT J. JONKER

---

## JOINT STATUS REPORT

The parties, through their counsel, continue to progress toward settlement.  Indeed, the conceptual framework for settlement is in place.  However, the parties continue to await additional third-party documentation.  That, together with defense counsel's criminal trial docket, has precluded the finalization of the same.  In light of the foregoing, the parties – who continue to work cordially and collaboratively – respectfully request an adjournment of the Status Conference set for June 24, 2026.  In further support of the requested adjournment, defense counsel will be in trial on June 24, 2026 and is unable to attend the currently scheduled Status Conference.  Plaintiff's counsel has no objection to the requested adjournment.

DATED: June 22, 2026

*/s/ Christopher S. Berry*
Christopher S. Berry (P68580)
Kevin B. Even (P38599)
SMITH HAUGHEY RICE & ROEGGE
*Attorneys for Plaintiff*

DATED: June 22, 2026

*/s/ Donald L. Sappanos (with permission)*
Donald L. Sappanos (P43542)
DONALD L. SAPPANOS, P.C.
*Attorneys for Defendants*

SHRR\8129259.v1