UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JAMES A. MORSE JR. MARITAL TRUST,

       Plaintiff,                              Case No. 1:25–cv–00364–SJB

   v.                                      Hon. Sally J. Berens

EVP HOLDINGS, LLC, et al.,

       Defendants.
_____/


# <u>NOTICE OF HEARING</u>


TAKE NOTICE that a hearing has been **<u>rescheduled</u>** as set forth below:


| | |
|---|---|
| Type of hearing(s): | Status Conference |
| Date/Time: | July 21, 2026   02:00 PM<br>*(previously set for June 24, 2026 at 1:00 PM*) |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | 650 Federal Building, Grand Rapids, MI |


                                SALLY J. BERENS
                                U.S. Magistrate Judge

Dated:  June 22, 2026       By:   <u>/s/ Jenny Norton       </u>
                                        Courtroom Deputy